UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID H. TRAUTENBERG | CIVIL ACTION |
| VERSUS | NO. 23-6525 |
| SUSAN HUTSON, SHERIFF, ORLEANS PARISH | SECTION "O" |

## ORDER

**IT IS ORDERED** that the motion[1] of Plaintiff David H. Trautenberg to continue the submission date of Defendant Susan Hutson's motion to dismiss[2] is **GRANTED**. The submission date of Defendant Susan Hutson's motion to dismiss is continued to March 20, 2024. Plaintiff David H. Trautenberg must file his response to Defendant's motion by March 12, 2024. Defendant Susan Hutson's reply to Plaintiff's response is due no later than March 27, 2024.

New Orleans, Louisiana, this 1st day of March, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 9.
[2] ECF No. 7.