UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID H. TRAUTENBERG § | |
| § | Case No. 2:23-cv-06525-BSL-KWR |
| Plaintiff, § | |
| § | Judge Brandon S. Long |
| v. § | Section O |
| § | |
| SUSAN HUTSON, SHERIFF, ORLEANS § | Magistrate Judge Karen Wells Roby |
| PARISH § | Division 4 |
| § | |
| Defendant § | |
| § | |

## JOINT NOTICE OF COLLATERAL PROCEEDINGS

COMES NOW, Counsel for Plaintiff, David H. Trautenberg, and Counsel for Defendant, Susan Hutson, and submits this Joint Notice of Collateral Proceedings pursuant to Local Rule 3.1.

In the present action, Plaintiff claims sex discrimination based on a legal theory under 42 U.S.C. § 1983. Two separate lawsuits, involving two separate plaintiffs, each also alleging sex discrimination against defendant Hutson under to 42 U.S.C. § 1983, are also currently pending in this district. Those cases are *Jones v. Hutson*, No. 2:23-CV-5112-SSV-KWR, and *Martin v. Hutson*, No. 2:23-CV-5113-BSL-DPC. Likewise, just as in the present matter, Defendant seeks dismissal of the sex discrimination claims in all three of these actions in recently filed motions to dismiss.

Defendant maintains that Plaintiff's sex discrimination claim is a material part of the subject matter of each of the three proceedings per Local Rule 3.1. Plaintiff Trautenberg disagrees. While Trautenberg does allege sex discrimination against Hutson, the underlying facts of

1

*Trautenberg* involve different employees, of different job titles, with different job responsibilities, assigned to different divisions, compared to the plaintiffs in *Jones* and *Martin*.

Like the present matter, the *Martin* case is pending before Judge Long, however, the *Jones* case is pending before Judge Vance.

While the parties disagree whether *Trautenberg* is related to the *Jones* and *Martin* cases under Local Rule 3.1, the parties do agree that, should the Court determine *Trautenberg* is related to the *Jones* and *Martin* cases, then *Trautenberg* (and *Martin*) should be reassigned to Judge Vance based on *Jones* having the lowest docket number and to the extent doing so will promote judicial economy, conserve judicial resources, and prevent conflicting rulings. *See* Local Rule 3.1.1.

Respectfully submitted this 23nd day of April 2024.

| | |
|---|---|
| */s/ Kevin S. Vogeltanz, T.A.* | */s/ S. Mark Klyza* |
| Kevin S. Vogeltanz (La. Bar No. 32746) | MaryJo L. Roberts, T.A. (La. Bar No. 30692) |
| The Law Office of Kevin S. Vogeltanz, LLC | S. Mark Klyza (La. Bar No. 02028) |
| 428 W. 21st Ave. | Alexander J. Debruge (La. Bar No. 40752) |
| Covington, LA 70433 | The Kullman Firm, A Professional Law Corporation |
| Tel: (504) 275-5149 | 1100 Poydras Street, Suite 1600 |
| Facsimile: (504) 910-1704 | New Orleans, LA 70163 |
| vogeltanz@gmail.com | Tel: (504) 524-4162 |
| | Facsimile: (504) 596-4114 |
| **COUNSEL FOR PLAINTIFF** | Email: mlr@kullmanlaw.com |
| | **COUNSEL FOR DEFENDANT** |